UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RUTH RASPBERRY,

    Plaintiff,

v.        CASE NO.: 8:07-cv-658-T-23MAP

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.
_____/

**ORDER**

An administrative law judge ("ALJ") found that Ruth Raspberry is not entitled to disability, disability insurance benefits, or supplemental security income from December 1, 1999, to September 3, 2001. Asserting that the ALJ erred, Raspberry sues (Doc. 1) the Commissioner of Social Security. On August 19, 2011, Magistrate Judge Pizzo issued a report (Doc. 26) finding that the ALJ's decision applies the correct legal standards and enjoys the support of substantial evidence.

The time Local Rule 6.02 allows for an objection expired and Raspberry submits nothing. Magistrate Judge Pizzo's report and recommendation is thorough and proper. Consequently, the report and recommendation (Doc. 26) is **ADOPTED**, the decision of the Commissioner of Social Security is **AFFIRMED**, and Raspberry's action is

**DISMISSED**.  The clerk is directed to enter a judgment in favor of the Commissioner of Social Security, to terminate any pending motion, and to close the case.

ORDERED in Tampa, Florida, on September 9, 2011.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE